ORIGINAL

FILED
JUN 9 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

TECHNICAL AND PROJECT ENGINEERING, LLC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 08-419 C
**BID PROTEST**

## MOTION FOR LEAVE TO FILE UNDER SEAL

**COMES NOW** Technical and Project Engineering, LLC ("TAPE"), by and through undersigned counsel, and in accordance with Appendix C, § III of the Rules of the Court of Federal Claims ("RCFC") hereby files this Motion for Leave to File Under Seal. Per the direction of the Court in its order, dated June 6, 2008, TAPE is filing its Complaint in this matter.

This procurement at issue here was the subject of a prior protest by TAPE at the United States Government Accountability Office ("GAO"). The GAO issued a protective order in that matter and counsel for TAPE received access to certain source selection materials relating to this procurement. The GAO eventually dismissed all protests before it concerning this procurement and the Comptroller General amended the protective order in TAPE's protest to permit TAPE to use any protected materials received at the GAO in filings at this Court pending the Court's issuance of its own protective order. A copy of the GAO's amended protective order is attached.

TAPE's Complaint, filed concurrently herewith, contains numerous references to the protected record and necessarily contains proprietary of confidential information. A proposed redacted copy of TAPE's complaint is enclosed.

**WHEREFORE** TAPE respectfully requests that the Court permit that the Plaintiff's Complaint be filed under seal and that the Court issue a Protective Order in this matter.

Respectfully submitted,

Date: 6/9/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, Virginia 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Protester Technical and Project Engineering, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2008, a copy of the foregoing Motion for Leave to File Under Seal was served by electronic mail on:

Counsel for the United States, Kenneth Woodrow, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530;

Counsel for Femme Comp Inc., Terrence M. O'Connor, Esq., Albo & Oblon, LLP, 2200 Clarendon Blvd, Suite 1201, Arlington, VA 22201;

Counsel for the Army, CPT Charles D. Halverson, Esq. Office of the Chief Trial Attorney, U.S. Army Legal Services Agency, 901 N. Stuart St., Arlington, VA 22203; and

Counsel for Intervenor Savantage Solutions, Katherine S. Nucci, Esq., Thompson Coburn LLP, 1909 K Street, N.W. Suite 600, Washington, D.C. 20006-1167.

James S. DelSordo