ORIGINAL

FILED
JUN 9 2008
U.S. COURT OF FEDERAL CLAIMS

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

In accordance with RCFC 7.1 undersigned counsel for Plaintiff Technical and Project Engineering, LLC certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

James S. DelSordo

08-419 C