# In the United States Court of Federal Claims

No. 08-419 C
(Filed: June 10, 2008)

| | |
|---|---|
| TECHNICAL AND PROJECT ENGINEERING, LLC, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On June 9, 2008, plaintiff in the above-captioned bid protest filed a motion for leave to file its complaint under seal. Plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge