# In the United States Court of Federal Claims

No. 08-419 C
(Filed: June 10, 2008)

```
************************************
TECHNICAL AND PROJECT              *
ENGINEERING, LLC,                  *
                                   *
                 Plaintiff,        *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                 Defendant.        *
************************************
```

**ORDER**

On June 9, 2008, plaintiff filed the above-captioned bid protest. This protest arises from the same procurement at issue in another case filed previously in this court, Femme Comp Inc., No. 08-409C. Pursuant to RCFC 42(a), the clerk is directed to consolidate this case with the previously filed matter, No. 08-409C. All future filings shall be made in case number 08-409C, and shall bear the following caption:

| | | |
|---|---|---|
| ************************************ | | |
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Nos. 08-409C and 08-419C |
| THE UNITED STATES, | * * | Judge Sweeney |
| Defendant, | * * | |
| and | * * | |
| SAVANTAGE FINANCIAL SERVICES, INC., | * * * | |
| Defendant-Intervenor. | * | |
| ************************************ | | |

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge