# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FEMME COMP INC. and TECHNICAL AND PROJECT ENGINEERING, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant,<br><br>and<br><br>SAVANTAGE FINANCIAL SERVICES INC.,<br><br>Defendant-Intervenor. | CoFC Nos. 08-409C and 08-419C<br>**BID PROTEST**<br>**(JUDGE SWEENEY)** |

## PLAINTIFF TECHNICAL AND PROJECT ENGINEERING, LLC'S STATUS REPORT

**COMES NOW** Plaintiff Technical and Project Engineering, LLC ("TAPE"), by and through undersigned counsel, and in accordance with the Court's order, dated June 12, 2008, hereby files this status report. Per the Court's order, TAPE has no objection to the terms of or the exhibits to the proposed Protective Order entered by the Court.

Respectfully submitted,

Date: 6/12/08

By: [signature]

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770

Counsel for Plaintiff TAPE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June 2008, a copy of the foregoing Status Report was served by electronic mail on:

Counsel for the United States, Kenneth Woodrow, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Washington, DC 20530;

Counsel for Femme Comp Inc., Terrence M. O'Connor, Esq., Albo & Oblon, LLP, 2200 Clarendon Blvd, Suite 1201, Arlington, VA 22201;

Counsel for the Army, CPT Charles D. Halverson, Esq. Office of the Chief Trial Attorney, U.S. Army Legal Services Agency, 901 N. Stuart St., Arlington, VA 22203; and

Counsel for Intervenor Savantage Solutions, Katherine S. Nucci, Esq., Thompson Coburn LLP, 1909 K Street, N.W. Suite 600, Washington, D.C. 20006-1167.

James S. DelSordo